# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 27, 2012

No. 12-20059
Summary Calendar

Lyle W. Cayce
Clerk

CHINYERE Q. AYIBA; NELSON ILODIGWE SULEMAN,

Plaintiffs-Appellants

v.

WELLS FARGO BANK, N.A., a Division of Wells Fargo Bank N.A. also
known as Wachovia Mortgage, formerly known as Wachovia Mortgage, FSB,

Defendant-Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:10-CV-5017

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Plaintiffs-Appellants Chinyere Q. Ayiba and Nelson Ilodigwe Suleman
("Appellants") seek reversal of the district court's Final Judgment of January 4,
2012, granting Wells Fargo's Motion For Summary Judgment.  We have
considered the record on appeal, including the filings of the parties and their
respective arguments as briefed and the district court's  Memorandum and

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 12-20059

Order of December 5, 2011 and its Memorandum and Order of December 22, 2011. As a result of our deliberations, we are satisfied that the court's Final Judgment of January 4, 2012 is correct in all respects.

Wells Fargo's motion for an award of attorneys' fees is DENIED.

AFFIRMED.